Carlos Amador **RIVAS**, Plaintiff–
Appellant,

v.

**CARNIVAL CORPORATION**, d.b.a.
**Carnival Cruise Lines, Inc.,**
**Defendant–Appellee.**

**No. 10–11937**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 13, 2011.

Joel S. Perwin, Joel S. Perwin, P.A., Bruce Margulies, Brett Rivkind, Rivkind, Pedraza & Margulies, P.A., Miami, FL, for Plaintiff–Appellant.

Richard Greiffenstein, Curtis J. Mase, Mase & Lara, P.A., Scott P. Mebane, Valentina M. Tejera, Mase Lara Eversole, P.A., Miami, FL, for Defendant–Appellee.

Before CARNES, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

Carlos Rivas appeals the district court's order dismissing his case and compelling arbitration. After we issued our opinions in *Lindo v. NCL (Bahamas), Ltd.*, 652 F.3d 1257 (11th Cir.2011), and *Henriquez v. NCL Bahamas (Ltd.)*, 440 Fed.Appx. 714, 2011 WL 3890357 (11th Cir.2011), we asked Rivas and Carnival Corporation to submit supplemental letter briefs discussing the effect of those decisions on this appeal. In his supplemental letter brief, Rivas concedes that our decision in *Lindo*

forecloses his arguments in this appeal. We agree.

**AFFIRMED.**